UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ORIANA LORENA ATENCIO EPIAYU, MOISES ALEJANDRO ATENCIO EPIAYU,<br>*Petitioners*<br><br>v.<br><br>MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, U.S. ATTORNEY GENERAL, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, BOBBY THOMPSON, WARDEN OF SOUTH TEXAS FAMILY RESIDENTIAL CENTER,<br>*Respondents* | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. SA-25-CA-01883-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioners Oriana Lorena Atencio Epiayu and Moises Alejandro Atencio Epiayu's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated January 28, 2026. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 28th day of January, 2026.

                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE